464 A.2d 527

Commonwealth v. Faire a/k/a Terry, Appellant.

Argued January 20, 1983.   David M. DelPizzo, Assistant Public Defender, for appellant;   J. William Ditter, III, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, ROWLEY and HOFFMAN, JJ.

Judgment of sentence affirmed.

464 A.2d 527

Commonwealth v. Fareri, Appellant.

Submitted June 15, 1983.   David Lionel Pollack, for appellant;   Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., McEWEN and HOFFMAN, JJ.

The judgment of sentence of the learned Philadelphia County Common Pleas Court Judge Stanley L. Kubacki is affirmed.